COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Mark Thompson, Sr.

Appellate case number:   01-13-00789-CV

Trial court case number:  2013-03434

Trial court:                  246th District Court of Harris County

On September 13, 2013, relator, Mark Thompson, Sr., filed a mandamus petition, requesting that we stay the proceedings in the above-referenced trial court cause. Accordingly, we ORDER that all proceedings in the above-referenced underlying case are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

We further ORDER that the response to the mandamus petition by any real party in interest, if any, shall be due Monday, October 14, 2013.

It is so ORDERED.

Judge's signature: ___/s/ Jane Bland_____

                  ☑ Acting individually    □ Acting for the Court

Date: __September 13, 2013_____